**FILED**
July 1, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MASON L. HALPENNY, ) <br> ) <br> Defendant. ) | Case No. 3:11-MJ-0014-CMK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MASON L. HALPENNY, Case No. 3:11-MJ-0014-CMK from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $10,000.00.

    _X_  Co-Signed Unsecured Appearance Bond

    ___  Secured Appearance Bond

    _X_  (Other) Conditions as stated on the record.

___(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  7/01/2011  at  7-1-2011

By _____
Edmund F. Brennan
United States Magistrate Judge