HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 3:11-cr-14-2 EFB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO TERMINATE COURT PROBATION |
| v. | ) ) | Judge:  Hon. Edmund F. Brennan |
| MASON L. HALPENNY, | ) ) | |
| Defendant. | ) ) ) | |

The parties stipulate, through respective counsel, that the Court should terminate court probation in this case.

**STIPULATED FACTS**

On September 24, 2012, this Court sentenced Mr. Halpenny to court probation with the following conditions: pay a fine of $500.00, pay a special assessment of $25.00, stay out of United States National Forest lands, not commit another offense, notify the United States Attorney of arrest, notify the United States Attorney of change of residence.  See United States v. Halpenny, No. 3:11-cr-14-02 EFB, Judgment, filed October 9, 2012 (ECF Doc. 64).

Mr. Halpenny has paid the fine and special assessment.  During approximately 18 months of court probation, Mr. Halpenny has not violated any other condition.

**STATUTORY AUTHORITY**

In its discretion, the Court may terminate probation "at any time in the case of a misdemeanor" provided that "it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c).

**STIPULATION**

Counsel stipulate that the facts recited above constitute cause for the Court to take action and terminate Mr. Halpenny's court probation early.

DATED: April 8, 2014            HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ M.Petrik
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender

DATED: April 8, 2014            BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for
                                JEFFREY SPIVAK
                                Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and finding cause, adopts the stipulation in its entirety as its order.

The Court orders termination of court probation in Mr. Halpenny's case.

DATED:  April 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE